UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARRY C. McANARNEY, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LABORERS' ANNUITY FUND; JAMES V. MERLONI, JR., as he is ADMINISTRATOR, NEW ENGLAND LABORERS' TRAINING TRUST FUND; and JOSEPH BONFIGLIO, as he is TRUSTEE, MASSACHUSETTS LABORERS' LEGAL SERVICES FUND,

    Plaintiffs,

vs.

CASE SITEWORK, INC.,

    Defendant.

C.A. No. 15-14189 NMG

## ORDER FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Upon motion of the Plaintiff Funds, it is hereby ORDERED:

The Norfolk County Sheriff's Office, Civil Process Division, P.O. Box 699245, 181 Parkingway, Quincy, MA 02269 is hereby appointed to be special process server in the above-captioned action. Service of process will be made by a disinterested person over the age of 18.

IT IS SO ORDERED.

_____12/15/16_____                                   _/s/ Nathaniel M. Gorton_____
Date                                                  Honorable Nathaniel M. Gorton
                                                        United States District ~~Court~~ Judge

ASB/asb&ts
6306 15-122/order-appoint-special-process-server.doc